FILED
October 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )    Case No.  2:06-mj-275 KJM
            Plaintiff,               )
v.                                   )    ORDER FOR RELEASE
                                     )    OF PERSON IN CUSTODY
Tony Ketmany,                        )
                                     )
_____ )
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Tony Ketmany  Case 2:06-mj-275 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    X    $50,000 Unsecured bond

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision;

Issued at Sacramento, CA on 10/12/06   at   5:10 pm

By  _____[signature]_____
Dale A. Drozd,
United States Magistrate Judge