```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>       v.                         )<br>                                  )<br>JAY SAYARATH,                     )<br>SUE HER,                          )<br>TONY KETMANY,                     )<br>KHANTHY VONGSEDONE,               )<br>SOUKSAVANH VONGSAVATH, and        )<br>THAM SENETHAVYSOUK,               )<br>                                  )<br>            Defendants.           )<br>_____ ) | 2:06-MJ-0275-KJM<br><br><br><br>STIPULATION AND<br>ORDER |

   It is hereby stipulated between the following parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant Tony Ketmany, through his attorney J. Toney, Defendant Khanthy Vongsedone, through his attorney Chris Haydn-Myer, and Defendant Souksvanh Vongsavath, through his attorney Lexi Negin, as follows:

   It is agreed that the Preliminary Examination scheduled for October 26, 2006 for Defendants Ketmany, Vongsedone, and Vongsavath be reset for November 9, 2006, at 2 p.m.

   The Preliminary Examination was originally set for October 26,

1

1  2006 for these three defendants and for Defendants Sue Her and Tham
2  Senethavysouk at the initial appearance of all five defendants on
3  the complaint on October 12, 2006, because defendants Her and
4  Senethavysouk were ordered detained at that time.  On October 17,
5  2006, defendants Her and Senethavysouk were ordered released on
6  conditions.  All five defendants taken into custody on the complaint
7  thus have been released on conditions.  On October 17, 2006, the
8  Preliminary Examination for Defendants Her and Senethavysouk was
9  reset for November 9, 2006, at 2 p.m., a date that is within 20 days
10 of all five defendants' initial appearance on the complaint on
11 October 12, 2006.
12      Accordingly, the parties jointly request that the Preliminary
13 Examination be rescheduled for the remaining three defendants,
14 defendants Ketmany, Vongsedone, and Vongsavath, for November 9,
15 2006, at 2 p.m.

```
                                    Respectfully submitted,

Dated: October 24, 2006              /s/J. Toney
                                     J. TONEY
                                     Attorney for Defendant
                                     TONY KETMANY
                                    By PAT per telephone authorization

Dated: October 24, 2006              /s/Chris Haydn-Myer
                                     CHRIS HAYDN-MYER
                                     Attorney for Defendant
                                     KHANTHY VONGSEDONE
                                    By PAT per telephone authorization

Dated: October 24, 2006              /s/Lexi Negin
                                     LEXI NEGIN
                                     Attorney for Defendant
                                     SOUKSAVANH VONGSAVATH
                                    By PAT per telephone authorization
```

```
Dated: October 24, 2006              McGREGOR W. SCOTT
                                     United States Attorney


                                      /s/Phillip A. Talbert
                                     PHILLIP A. TALBERT
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 25, 2006

_____
U.S. MAGISTRATE JUDGE