```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Tony Ketmany
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr. No. S-06-455 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF RELEASE |
| TONY KETMANY | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |
|_____| ) | |

On recommendation of the Pretrial Services Officer supervising this Defendant, the parties STIPULATE that condition # 11, which requires the Defendant to have a home monitoring unit and a radio frequency transmitter attached to his person, may be deleted. The Pretrial Services officer reports that the Defendant has complied with all directions of her agency and, in her opinion, this condition is no longer necessary.

Dated January 14, 2007

/s/ Phillip A.Talbert                         /s/ J. Toney

    PHILLIP A. TALBERT                            J. TONEY

    Assistant U.S. Attorney                  Attorney for Tony Ketmany

1

ORDER

Upon stipulation of the parties, and Good Cause being shown, Condition #11 of the Special Conditions of Release as to this Defendant is hereby deleted.  All other conditions are to remain in full force and effect.

Dated: 1/17/08                          /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE

ketmany.ord

2