```
CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorney for Defendant
KHANTY VONGSEDONE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-455-WBS |
|  )  |  |
| Plaintiff,  ) | STIPULATION; [~~PROPOSED~~] ORDER |
|  )  |  |
| v.  ) |  |
|  ) | DATE: February 26, 2007 |
| JAY SAYARATH,  ) | TIME: 8:30 a.m. |
| SUE HER,  ) | COURT: Hon. William B. Shubb |
| TONY KETMANY, and  ) |  |
| KHANTHY VONGSEDONE  ) |  |
| Defendant.  ) |  |

Defendants, KHANTY VONGSEDONE, through Christopher Haydn-Myer, Attorney At Law, SUE HER, through his attorney of record, Shari Rusk, TONY KETMANY, through his attorney of record, J. Toney, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

It is hereby stipulated that the status conference currently set for February 26, 2007, be vacated and a new status conference be scheduled on April 30, 2007 at 8:30 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to

1 April 30, 2007, under Local Code T4, Title 18, United States Code
2 section 3161(h)(8)(B)(iv), to give the defendants time to further
3 review the discovery and to adequately prepare.

Dated: February 23, 2007

                                      Respectfully submitted,

                                      /s/ Christopher Haydn-Myer
                                      CHRISTOPHER HAYDN-MYER
                                      Attorney for Defendant
                                      KHANTY VONGSEDONE

Dated: February 23, 2007         /S/ Christopher Haydn-Myer for
                                      SHARI RUSK
                                      Attorney for Defendant
                                      SUE HER

Dated: February 23, 2007         /S/ Christopher Haydn-Myer for
                                      J. TONEY
                                      Attorney for Defendant
                                      TONY KETMANY

DATED: February 23, 2007         McGREGOR W. SCOTT
                                      United States Attorney

                                      /S/ Christopher Haydn-Myer for
                                      PHILLIP A. TALBERT
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for February 26, 2007, be vacated and a new status conference be scheduled on April 30, 2007 at 8:30 a.m., and the time under the Speedy Trial Act should be excluded from today's date to April 30, 2007, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED:  February 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3