1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )
10                              )    Cr. S-06-0455-WBS
                Plaintiff,      )
11                              )
           v.                   )    STIPULATION AND
12                              )    [PROPOSED] ORDER
   SUE HER,                     )
13 TONY KETMANY, and            )
   KHANTHY VONGSEDONE,          )
14                              )
                Defendants.     )
15 _____)

16      It is hereby stipulated between the following parties,

17 Plaintiff United States of America, by and through United States

18 Attorney McGregor W. Scott and Assistant United States Attorney

19 Phillip A. Talbert, Defendant Tony Ketmany, through his attorney J.

20 Toney, Defendant Khanthy Vongsedone, through his attorney Chris

21 Haydn-Myer, and Defendant Sue Her, through his attorney Shari Rusk,

22 as follows:

23      It is agreed that the status conference date of April 30, 2007

24 be vacated and that a new status conference date of June 11, 2007,

25 at 8:30 a.m. be set.

26      The continuance of the status conference is necessary because

27 the parties are reviewing discovery and conducting defense

28 investigation, and the government is in the process of providing the

                                1

1  defendants with approximately 330 pages of additional documents in
2  discovery that defense counsel will need to review.
3      Accordingly, the parties jointly request a new status
4  conference date of June 11, 2007, and that the time period from
5  April 30, 2007, to and including June 11, 2007 be excluded under the
6  Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local
7  Code T4 for defense preparation and based on a finding by the Court
8  that the ends of justice served by granting a continuance outweigh
9  the best interest of the public and each of the defendants in a
10 speedy trial.

```
                                        Respectfully submitted,

Dated: April 27, 2007                    /s/J. Toney
                                         J. TONEY
                                         Attorney for Defendant
                                         TONY KETMANY
                                       By PAT per telephone authorization

Dated: April 27, 2007                    /s/Chris Haydn-Myer
                                         CHRIS HAYDN-MYER
                                         Attorney for Defendant
                                         KHANTHY VONGSEDONE
                                       By PAT per in-person authorization

Dated: April 27, 2007                    /s/Shari Rusk
                                         SHARI RUSK
                                         Attorney for Defendant
                                         SUE HER
                                       By PAT per in-person authorization


Dated: April 27, 2007                  McGREGOR W. SCOTT
                                       United States Attorney


                                         /s/Phillip A. Talbert
                                         PHILLIP A. TALBERT
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference
currently set for April 30, 2007, be vacated and a new status

conference be scheduled on June 11, 2007, at 8:30 a.m., and the time under the Speedy Trial Act should be excluded from April 30, 2007 to June 11, 2007, under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and each of the defendants in a speedy trial.

Dated:  April 27, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE