```
CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorney for Defendant
KHANTY VONGSEDONE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUE HER,<br>TONY KETMANY, and<br>KHANTHY VONGSEDONE<br>　　　　　Defendant.<br>_____ | CR. NO. S-06-455-WBS<br><br>STIPULATION; [~~PROPOSED~~] ORDER<br><br>DATE: June 11, 2007<br>TIME: 8:30 a.m.<br>COURT: Hon. William B. Shubb |

　　　Defendants, KHANTY VONGSEDONE, through Christopher Haydn-Myer, Attorney At Law, SUE HER, through his attorney of record, Shari Rusk, TONY KETMANY, through his attorney of record, J. Toney, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

　　　It is hereby stipulated that the status conference currently set for June 11, 2007, be vacated and a new status conference be scheduled on August 13, 2007 at 8:30 a.m.

　　　It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to

August 13, 2007, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendants time to further review the discovery and to adequately prepare.

Dated: June 6, 2007

                                  Respectfully submitted,

                                  /S/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
KHANTY VONGSEDONE

Dated: June 6, 2007                /S/ Christopher Haydn-Myer for
SHARI RUSK
Attorney for Defendant
SUE HER

Dated: June 6, 2007                /S/ Christopher Haydn-Myer for
J. TONEY
Attorney for Defendant
TONY KETMANY

DATED: June 6, 2007              McGREGOR W. SCOTT
United States Attorney

                                  /S/ Christopher Haydn-Myer for
PHILLIP A. TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for June 11, 2007, be vacated and a new status conference be scheduled on August 13, 2007 at 8:30 a.m., and the time under the Speedy Trial Act should be excluded from today's date to August 13, 2007, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED:  June 6, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3