```
 1  CHRISTOPHER HAYDN-MYER, Bar #176333
    1809 19th Street
 2  Sacramento, California 95814
    Telephone: (916) 622-1703
 3  Fax: (916) 443-5084
    email: chrishaydn@sbcglobal.net
 4

 5  Attorney for Defendant
    KHANTY VONGSEDONE
 6

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-455-WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION; [~~PROPOSED~~] ORDER |
| v. | ) | |
| | ) | DATE: August 13, 2007 |
| JAY SAYARATH, | ) | TIME: 8:30 a.m. |
| SUE HER, | ) | COURT: Hon. William B. Shubb |
| TONY KETMANY, and | ) | |
| KHANTHY VONGSEDONE | ) | |
| Defendant. | ) | |

Defendants, KHANTY VONGSEDONE, through Christopher Haydn-Myer, Attorney At Law, SUE HER, through his attorney of record, Shari Rusk, TONY KETMANY, through his attorney of record, J. Toney, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

It is hereby stipulated that the status conference currently set for August 13, 2007, be vacated and a new status conference be scheduled on September 24, 2007 at 8:30 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to

1  August 13, 2007, under Local Code T4, Title 18, United States Code
2  section 3161(h)(8)(B)(iv), to give the defendants time to further
3  review the discovery and to adequately prepare.

Dated: August 3, 2007

                                              Respectfully submitted,

                                              /S/ Christopher Haydn-Myer
                                              _____
                                              CHRISTOPHER HAYDN-MYER
                                              Attorney for Defendant
                                              KHANTY VONGSEDONE

Dated: August 3, 2007                 /S/ Christopher Haydn-Myer for
                                              SHARI RUSK
                                              Attorney for Defendant
                                              SUE HER

Dated: August 3, 2007                 /S/ Christopher Haydn-Myer for
                                              J. TONEY
                                              Attorney for Defendant
                                              TONY KETMANY

DATED: August 3, 2007                McGREGOR W. SCOTT
                                              United States Attorney

                                              /S/ Christopher Haydn-Myer for
                                              PHILLIP A. TALBERT
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for August 13, 2007, be vacated and a new status conference be scheduled on September 24, 2007 at 8:30 a.m., and the time under the Speedy Trial Act should be excluded from today's date to September 24, 2007, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: August 3, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3