McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. S-06-0455-WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER |
| SUE HER, TONY KETMANY, and KHANTHY VONGSEDONE, | |
| Defendants. | |

It is hereby stipulated between the following parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant Tony Ketmany, through his attorney J. Toney, Defendant Khanthy Vongsedone, through his attorney Chris Haydn-Myer, and Defendant Sue Her, through his attorney Shari Rusk, as follows:

It is agreed that the status conference date of September 24, 2007 be vacated and that a new status conference date of November 19, 2007, at 8:30 a.m. be set.

The continuance of the status conference is necessary because the defense attorneys are reviewing the approximately 460 pages of documents and other materials produced by the government in

1

1  discovery and are conducting related defense investigation, and the
2  government is in the process of reviewing its discovery production
3  to date to determine whether any additional materials may be
4  available to provide in discovery.
5      Accordingly, the parties jointly request a new status
6  conference date of November 19, 2007, and that the time period from
7  September 24, 2007, to and including November 19, 2007 be excluded
8  under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)
9  and Local Code T4 for defense preparation and based on a finding by
10 the Court that the ends of justice served by granting a continuance
11 outweigh the best interest of the public and each of the defendants
12 in a speedy trial.

13                                         Respectfully submitted,

14 Dated: September 20, 2007          /s/J. Toney
                                      J. TONEY
15                                    Attorney for Defendant
                                      TONY KETMANY
16                                    By PAT per telephone authorization

17 Dated: September 20, 2007          /s/Chris Haydn-Myer
                                      CHRIS HAYDN-MYER
18                                    Attorney for Defendant
                                      KHANTHY VONGSEDONE
19                                    By PAT per telephone authorization

20 Dated: September 20, 2007          /s/Shari Rusk
                                      SHARI RUSK
21                                    Attorney for Defendant
                                      SUE HER
22                                    By PAT per telephone authorization

23
   Dated: September 20, 2007          McGREGOR W. SCOTT
24                                    United States Attorney

25
                                       /s/Phillip A. Talbert
26                                    PHILLIP A. TALBERT
                                      Assistant U.S. Attorney
27                                    Attorney for Plaintiff

28

                                   2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for September 24, 2007, be vacated and a new status conference be scheduled on November 19, 2007, at 8:30 a.m., and the time under the Speedy Trial Act should be excluded from September 24, 2007 to November 19, 2007, under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and each of the defendants in a speedy trial.

Dated:   September 20, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE