```
 1  CHRISTOPHER HAYDN-MYER, Bar #176333
    1809 19th Street
 2  Sacramento, California 95814
    Telephone: (916) 622-1703
 3  Fax: (916) 443-5084
    email: chrishaydn@sbcglobal.net
 4

 5  Attorney for Defendant
    KHANTY VONGSEDONE
 6

 7
```

8                IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| 12 | UNITED STATES OF AMERICA, | ) CR. NO. S-06-455-WBS |
|---|---|---|
| 13 | Plaintiff, | ) STIPULATION; [~~PROPOSED~~] ORDER |
| 14 | v. | ) |
|    |    | ) DATE: January 22, 2008 |
| 15 | JAY SAYARATH, | ) TIME: 8:30 a.m. |
|    | SUE HER, | ) COURT: Hon. William B. Shubb |
| 16 | TONY KETMANY, and | ) |
|    | KHANTHY VONGSEDONE | ) |
| 17 | Defendant. | ) |

18  _____

19       Defendants, KHANTY VONGSEDONE, through Christopher Haydn-Myer,

20  Attorney At Law, SUE HER, through his attorney of record, Shari Rusk,

21  TONY KETMANY, through his attorney of record, J. Toney, and the United

22  States of America, through Assistant U.S. Attorney Phillip A. Talbert,

23  agree as follows:

24       It is hereby stipulated that the status conference currently set

25  for January 22, 2008, be vacated and a new status conference be

26  scheduled on February 25th, 2008 at 8:30 a.m.

27       It is further stipulated and agreed between the parties that the

28  time under the Speedy Trial Act should be excluded from today's date to

1  February 25th, 2008, under Local Code T4, Title 18, United States Code
2  section 3161(h)(8)(B)(iv), to give the defendants time to further
3  review the discovery and to adequately prepare.  Further, AUSA Phillip
4  A. Talbert has been promoted to a supervisory position, and it is
5  believed that new prosecutor will be assigned to this case.  The
6  additional time will allow the newly assigned prosecutor time to
7  prepare offers for the defendants.

9  Dated: January 17, 2008
10                                       Respectfully submitted,
11                                       /S/ Christopher Haydn-Myer
                                         _____
12                                       CHRISTOPHER HAYDN-MYER
                                         Attorney for Defendant
13                                       KHANTY VONGSEDONE

15  Dated: January 17, 2008              /S/ Christopher Haydn-Myer for
                                         SHARI RUSK
                                         Attorney for Defendant
16                                       SUE HER

17  Dated: January 17, 2008              /S/ Christopher Haydn-Myer for
                                         J. TONEY
18                                       Attorney for Defendant
                                         TONY KETMANY

19
20  DATED: January 17, 2008              McGREGOR W. SCOTT
                                         United States Attorney

21                                       /S/ Christopher Haydn-Myer for
                                         PHILLIP A. TALBERT
22                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff

2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for January 22, 2008, be vacated and a new status conference be scheduled on February 25th at 8:30 a.m., and the time under the Speedy Trial Act should be excluded from today's date to February 25th, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED:   January 23, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3