```
McGREGOR W. SCOTT
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | CR. 06-455-WBS |
| Plaintiff,        ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v.                      ) | EXCLUDING TIME |
| ) | |
| JAY SAYARATH,                        ) | |
| SUE HER,                             ) | |
| TONY KETMANY, and                    ) | |
| KHANTHY VONGSEDONE                   ) | |
| Defendants.       ) | Hon. William B. Shubb |

The parties request and stipulate that the time beginning February 25, 2008, and extending through March 31, 2008 and stipulate should be excluded from the calculation of time under the Speedy Trial Act.  The parties request that the status conference date set for February 25, 2008 be vacated and a new status conference be scheduled for March 31, 2008 at 8:30 a.m. Defendants Sue Her, Tony Ketmany, and Khanthy Vongsedone and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time for effective preparation, taking into account

the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
In particular, the parties are working toward a resolution to the
case and need more time to evaluate the evidence and negotiate
disputed issues.  The parties stipulate and agree that the
interests of justice served by granting this continuance outweigh
the best interests of the public and the defendant in a speedy
trial.  18 U.S.C. § 3161(h)(8)(A) and local code T-4.  The Court
on January 23, 2008 by signing a stipulation and order ordered a
T-4 exclusion of time from January 22, 2008 until February 25,
2008.

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

Dated: February 25, 2008         By:<u>/s/ Jill Thomas</u>
                                              JILL THOMAS
                                              Assistant U.S. Attorney

Dated: February 25, 2008         By:<u>/s/ J. Toney</u>
                                              J. TONEY
                                              Attorney for defendant
                                              Tony Ketmany

Dated: February 25, 2008         By:<u>/s/ Shari Rusk</u>
                                              SHARI RUSK
                                              Attorney for defendant
                                              Sue Her

Dated: February 25, 2008         By:<u>/s/ Christopher Haydn-Myer</u>
                                              CHRISTOPHER HAYDN-MYER
                                              Attorney for defendant
                                              Khanthy Vongsedone

**ORDER**

    FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT in case number 06-455 WBS, the time beginning February 25, 2008, and extending through March 31, 2008, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A) and local code T-4.  The next status conference date is set for March 31, 2008.

Dated:   February 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE