```
CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorney for Defendant
KHANTY VONGSEDONE
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>             Plaintiff,       )<br>                              )<br>     v.                       )<br>                              )<br> JAY SAYARATH,                 )<br> SUE HER,                      )<br> TONY KETMANY, and             )<br> KHANTHY VONGSEDONE            )<br>             Defendant.       )<br>_____ | CR. NO. S-06-455-WBS<br><br>STIPULATION AND ORDER<br><br>DATE: March 31, 2008<br>TIME: 8:30 a.m.<br>COURT: Hon. William B. Shubb |

   Defendants, KHANTY VONGSEDONE, through Christopher Haydn-Myer, Attorney At Law, SUE HER, through his attorney of record, Shari Rusk, TONY KETMANY, through his attorney of record, J. Toney, and the United States of America, through Assistant U.S. Attorney Jill Thomas, agree as follows:

   It is hereby stipulated that the status conference currently set for March 31, 2008, be vacated and a new status conference be scheduled on May 5th, 2008 at 8:30 a.m.

   It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to

May 5th, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendants time to further review the discovery and to adequately prepare.

Dated: March 28, 2008

Respectfully submitted,

/S/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
KHANTY VONGSEDONE

Dated: March 28, 2008       /S/ Christopher Haydn-Myer for
                            SHARI RUSK
                            Attorney for Defendant
                            SUE HER

Dated: March 28, 2008       /S/ Christopher Haydn-Myer for
                            J. TONEY
                            Attorney for Defendant
                            TONY KETMANY

DATED: March 28, 2008       McGREGOR W. SCOTT
                            United States Attorney

                            /S/ Christopher Haydn-Myer for
                            JILL THOMAS
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for March 31, 2008, be vacated and a new status conference be scheduled on May 5th at 8:30 a.m., and the time under the Speedy Trial Act should be excluded from today's date to May 5th, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED:   April 1, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE