McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JAY SAYARATH,,<br>SUE HER,<br>TONY KETMANY, and<br>KHANTHY VONGSEDONE<br><br>             Defendants. | CR S-06-455-WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESETTING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, and defendants, KHANTY VONGSEDONE, through his attorney of record, Christopher Haydyn-Myer, Attorney at Law, SUE HER, through his attorney of record, Shari Rusk, and TONY KETMANY, through his attorney of record, J. Toney, hereby stipulate and agree that the status conference set for May 5, 2008, be continued to June 16, 2008, at 8:30 a.m.

The parties are working on a resolution, and counsel needs additional time for preparation.  Therefore, the parties have agreed

1

1  and respectfully request that the Court set the date of June 16,
2  2008 at 8:30 a.m., for the status conference.
3       Accordingly, the parties stipulate that time be excluded
4  pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United
5  States Code section 3161(h)(8)(B)(iv), to give the defendants time
6  to further review the discovery and to adequately prepare.
7  IT IS SO STIPULATED.

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: May 2, 2008        By:   /s/ Jill M. Thomas
                                JILL M. THOMAS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


DATED: May 2, 2008        By:   /s/ Christopher Haydn-Myer
                                CHRISTOPHER HAYDN-MYER
                                Attorney for Defendant
                                KHANTY VONGSEDONE

DATED: May 2, 2008        By:   /s/ Shari Rusk
                                SHARI RUSK
                                Attorney for Defendant
                                SUE HER

DATED: May 2, 2008        By:   /s/ J. Toney
                                J.TONEY
                                Attorney for Defendant
                                TONY KETMANY
```

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including June 16, 2008

**IT IS SO ORDERED.**

DATED:  May 2, 2008

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE