1  Shari Rusk, Bar No. 170313
   Attorney at Law
   1710 Broadway, #111
2  Sacramento, California 95818
   Tel: (916) 804-8656
3  Fax: (916)443-1165
   Email: Rusklaw@comcast.net
4

5
                IN THE UNITED STATES DISTRICT COURT
6
            FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8                                  ) Case No.: Cr. S. 06-455
   United States of America,       )
9                                  ) STIPULATION AND ORDER TO CONTINUE
            Plaintiff,             ) STATUS CONFERENCE
10                                 )
         vs.                       ) DATE:   August 18, 2008
11                                 ) TIME:   8:30 a.m.
                                   ) COURT:  Hon. William B. Shubb
12 KHANTHY VONGSEDONE, et. al.,    )
                                   )
13          Defendants

14

15

16      Defendants, Sue Her, by and through his undersigned counsel,

17 Shari Rusk, Khanthy Vongsedone, by and through his undersigned counsel

18 Chris Haydn-Myer and Tony Ketmany, by and through his undersigned

19 counsel, J. Toney and the United States, by and through Assistant

20 United States Attorney Jill Thomas, hereby agree and stipulate that

21 the status conference previously scheduled for June 16, 2008 be re-

22 scheduled for August 18, 2008.  The parties have received discovery

23 and are in the process of investigating and negotiating with the

24 government.  Additional time is needed for continued defense

25 preparation.  Therefore the parties request that the matter be placed

26 on calendar for a status conference on August 18, 2008 and that date

27 is available with the Court.

28

                                -1-

1    All parties agree that time should be excluded up to and through

2  August 18, 2008 under the Speedy Trial Act, pursuant to 18 U.S.C. §

3  3161(h)(8)(B)(iv) and local code T4, to allow the defense sufficient

4  time to prepare and investigate this matter.

5  ///

6  ///

7

8  Dated: June 12, 2008          Respectfully submitted,

9

10                                  _/s/ Shari Rusk_____
                                    Shari Rusk
11                                  Attorney for Defendant
                                    Sue Her
12

13                                  /s/ Chris Haydn-Myer
                                    Chris Haydn-Myer
14                                  Attorney for Defendant
                                    Khanthy Vongsedone
15

16                                  /s/ J. Toney____
                                    J. Toney
17                                  Attorney for Defendant
                                    Tony Ketmany
18

19  Dated: August 18, 2008          /s/ Jill Thomas _____
                                    Jill Thomas
20                                  Assistant United States Attorney

21

22                        **ORDER**

23

24    It is so ordered.

25

26  DATED:  June 13, 2008

27                        _William V. Shubb_
                          WILLIAM B. SHUBB
28                        UNITED STATES DISTRICT JUDGE