```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr. S. 06-455 |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) DATE:   September 22, 2008 |
| | ) TIME:   8:30 a.m. |
| | ) COURT:  Hon. William B. Shubb |
| KHANTHY VONGSEDONE, et. al., | ) |
| Defendants | |

Defendants, Sue Her, by and through his undersigned counsel, Shari Rusk, Khanthy Vongsedone, by and through his undersigned counsel Chris Haydn-Myer and Tony Ketmany, by and through his undersigned counsel, J. Toney and the United States, by and through Assistant United States Attorney Jill Thomas, hereby agree and stipulate that the status conference previously scheduled for August 18, 2008 be re-scheduled for September 22, 2008.  The parties have received discovery and are in the process of investigating and negotiating with the government.  Additional time is needed for continued defense preparation.  Therefore the parties request that the matter be placed on calendar for a status conference on September 22, 2008 at 8:30 a.m. and that date is available with the Court.

1  All parties agree that time should be excluded up to and through
2  September 22, 2008 under the Speedy Trial Act, pursuant to 18 U.S.C. §
3  3161(h)(8)(B)(iv) and local code T4, to allow the defense sufficient
4  time to prepare and investigate this matter.
5  ///
6  ///

Dated: August 15, 2008          Respectfully submitted,


                                _/s/ Shari Rusk_____
                                Shari Rusk
                                Attorney for Defendant
                                Sue Her


                                /s/ Chris Haydn-Myer
                                Chris Haydn-Myer
                                Attorney for Defendant
                                Khanthy Vongsedone

                                /s/ J. Toney____
                                J. Toney
                                Attorney for Defendant
                                Tony Ketmany

Dated: August 15, 2008
                                /s/ Jill Thomas _____
                                Jill Thomas
                                Assistant United States Attorney


**ORDER**

    It is so ordered.

DATED:  August 20, 2008

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

-2-