```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2781
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR. S-06-455-WBS
12            Plaintiff,         )
                                 )  STIPULATION AND [PROPOSED] ORDER
13                               )  CONTINUING STATUS CONFERENCE AND
         v.                      )  EXCLUDING TIME
14                               )
                                 )
15  SUE HER,                     )
    TONY KETMANY, and             )
16  KHANTHY VONGSEDONE,          )
                                 )
17            Defendants.        )  Hon. William B. Shubb
                                 )
18  ─────────────────────────────
```

19    The United States of America, through its counsels of

20 record, McGregor W. Scott, United States Attorney for the

21 Eastern District of California, and Jill M. Thomas, Assistant

22 United States Attorney, and defendants, Sue Her, through his

23 attorney of record, Shari Rusk, Khanthy Vongsedone, through his

24 attorney of record Christopher Haydyn-Myer, and Tony Ketmany,

25 through his attorney of record, J. Toney, hereby stipulate and

26 agree that the status conference set for September 22, 2008, be

27 continued to September 29, 2008, at 8:30 a.m.

28    The parties have received discovery and are in the process

1

of investigating and negotiating with the government.  Additional time is needed for continued defense preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of September 29, 2008, at 8:30 a.m., for the status conference.

Accordingly, the parties stipulate that time be excluded up to and through September 29, 2008, under the Speedy Trial Act, pursuant to United States Code section 3161 (h)(8)(B)(iv) and Local Code T4 to give the defendants time to further review the discovery and to adequately prepare.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: September 11, 2008        By:/s/ Jill M. Thomas
                                 JILL M. THOMAS
                                 Assistant U.S. Attorney

Dated: September 11, 2008        By:/s/ Christopher Haydn-Myer
                                 CHRISTOPHER HAYDN-MYER
                                 Attorney for defendant
                                 KHANTY VONGSEDONE

Dated: September 11, 2008        By:/s/ Shari Rusk
                                 SHARI RUSK
                                 Attorney for defendant
                                 SUE HER

Dated: September 11, 2008        By:/s/ J. Toney
                                 J. TONEY
                                 Attorney for defendant
                                 TONY KETMANY

2

**ORDER**

The status conference in case number CR. S-06-455-WBS, currently set for September 22, 2008, is continued to September 29, 2008 at 8:30 a.m., and the time beginning September 22, 2008, and extending through September 29, 2008, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:   September 12, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE