McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUE HER,<br>TONY KETMANY, and<br>KHANTHY VONGSEDONE,<br><br>　　　　Defendants. | CR. S-06-455-WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br><br><br><br><br>Hon. William B. Shubb |

　　　The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, and defendants, Sue Her, through his attorney of record, Shari Rusk, Khanthy Vongsedone, through his attorney of record Christopher Haydyn-Myer, and Tony Ketmany, through his attorney of record, J. Toney, hereby stipulate and agree that the status conference set for September 22, 2008, be continued to September 29, 2008, at 8:30 a.m.

　　　The parties have received discovery and are in the process

1

of investigating and negotiating with the government.  Additional time is needed for continued defense preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of September 29, 2008, at 8:30 a.m., for the status conference.

Accordingly, the parties stipulate that time be excluded up to and through September 29, 2008, under the Speedy Trial Act, pursuant to United States Code section 3161 (h)(8)(B)(iv) and Local Code T4 to give the defendants time to further review the discovery and to adequately prepare.

Respectfully Submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

Dated: September 11, 2008       By:/s/ Jill M. Thomas
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney

Dated: September 11, 2008       By:/s/ Christopher Haydn-Myer
                                  CHRISTOPHER HAYDN-MYER
                                  Attorney for defendant
                                  KHANTY VONGSEDONE

Dated: September 11, 2008       By:/s/ Shari Rusk
                                  SHARI RUSK
                                  Attorney for defendant
                                  SUE HER

Dated: September 11, 2008       By:/s/ J. Toney
                                  J. TONEY
                                  Attorney for defendant
                                  TONY KETMANY

**ORDER**

The status conference in case number CR. S-06-455-WBS, currently set for September 22, 2008, is continued to September 29, 2008 at 8:30 a.m., and the time beginning September 22, 2008, and extending through September 29, 2008, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:   September 12, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE