```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Tony Ketmany
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) Cr. No. 06-455 WBS |
| Plaintiff, ) | ) STIPULATION AND (~~PROPOSED~~) |
| v. ) | ) ORDER CONTINUING STATUS |
| ) | ) HEARING |
| TONY KETMANY, et al ) | ) (Nov 17, 2008 at 8:30 AM |
| Defendants, ) | ) before Judge Shubb) |
| _____ ) | |

   Because the Defendants are requesting additional time to review newly received discovery, and because the Assistant U.S. Attorney will be out of the United States until November, the parties Stipulate the presently set Status Conference be continued to November 17, 2008 at 8:30 AM, and request the Court so order. It is also stipulated that the court exclude time under the Speedy Trial Act due to complexity and counsel preparation; (Local Codes T2 and T4.)

   /s/ JILL THOMAS          Dated September 26, 2008
       Jill Thomas
Assistant U.S. Attorney


   /s/ DANNY BRACE
       Danny Brace
Attorney for Jay Sayarath

1

```
       /s/ CHRIS HAYDN-MYER
           Chris Hayden-Myer
Attorney for K. Vongsedone

       /s/ SHARI RUSK
           Shari Rusk
Attorney for Sue Her

       /S/J TONEY
           J Toney
Attorney for Tony Ketmany
```

SO ORDERED:

Dated September 26, 2008

_William B. Shubb_ (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2