```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr. S. 06-455 |
| Plaintiff, | ) AMENDED STIPULATION AND ORDER TO<br>) CONTINUE STATUS CONFERENCE |
| vs. | ) DATE:   January 26, 2009<br>) TIME:   8:30 a.m.<br>) COURT:  Hon. William B. Shubb |
| KHANTHY VONGSEDONE, et. al., | ) |
| Defendants | |

Defendants, Sue Her, by and through his undersigned counsel, Shari Rusk, Khanthy Vongsedone, by and through his undersigned counsel Chris Haydn-Myer and Tony Ketmany, by and through his undersigned counsel, J. Toney, Jay Sayarath, by and through his undersigned counsel, Danny Brace and the United States, by and through Assistant United States Attorney Jill Thomas, hereby agree and stipulate that the status conference previously scheduled for December 22, 2008 be re-scheduled for January 26, 2009.  The parties have received additional discovery and are in the process of investigating and negotiating with the government.  Additional time is needed for continued defense preparation.  Therefore the parties request that the matter be placed on calendar for a status conference on January 26, 2009.

-1-

All parties agree that time should be excluded up to and through January 26, 2009 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4, to allow the defense sufficient time to prepare and investigate this matter.

Dated: December 19, 2008          Respectfully submitted,

                                    _/s/ Shari Rusk_____
                                    Shari Rusk
                                    Attorney for Defendant
                                    Sue Her

                                    /s/ Chris Haydn-Myer
                                    Chris Haydn-Myer
                                    Attorney for Defendant
                                    Khanthy Vongsedone

                                    /s/ J. Toney____
                                    J. Toney
                                    Attorney for Defendant
                                    Tony Ketmany

Dated: December 19, 2008
                                    /s/ Jill Thomas ____
                                    Jill Thomas
                                    Assistant United States Attorney

Dated: December 22, 2008          /s/ Danny Brace_____
                                    Danny Brace
                                    Attorney for Jay Sayarath

**ORDER**

It is so ordered.  The status conference in <u>United States v. Vongsedone</u> will be continued to January 26, 2009 at 8:30 a.m. and time will be excluded.

DATED:  December 22, 2008

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-