1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
   901 H Street, Suite 500
2  Sacramento, CA  95814
   (916) 552-6660
3  Fax:  (916) 447-0592

4  Attorney for Jay Sayarath

6                IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )  Case No.: 2:06 CR 00455 WBS
                                    )
10            Plaintiff,            )  STIPULATION AND ORDER TO EXTEND
                                    )  TIME FOR HEARING AND TO EXCLUDE
11       vs.                        )  TIME
                                    )
12 KHANTHY VONGSEDONE, et al,       )
                                    )
13            Defendant             )

14       The parties agree that time beginning February 2, 2009 and extending through March 2,

15 2009 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).

16 The parties submit that the ends of justice are served by the Court excluding such time, so that

17 counsel for the defendant may have reasonable time necessary for effective preparation, taking

18 into account the exercise of due diligence, and so that the defendant may have continuity of

19 counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of

20 justice served by granting this continuance outweigh the best interests of the public and the

21 defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

22       The parties further request that this matter be taken off the February 2, 2009, calendar

23 and be rescheduled to March 2, 2009 at 8:30 a.m..

                          STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

| | | |
|---|---|---|
| Date:  1-28-09 | By: | /s/ Danny D. Brace, Jr., <br> DANNY D. BRACE, JR., <br> Attorney for <br> Jay Sayarath |
| Date:  1-28-09 | By: | /s/ Shari Rusk <br> Authorized to sign for Ms. Rusk <br> On January 28, 2009 <br> Shari Rusk <br> Attorney for Sue Her |
| Date:  1-28-09 | By: | /s/ Chris Haydn-Myer <br> Authorized to sign for Mr. Haydn Myer,  January 28, 2009 <br> Chris Haydn-Myer <br> Attorney for Khanthy Vongsedone |
| Date:  1-28-09 | By: | /s/ J. Toney <br> Authorized to sign for Mr. Toney, <br> on January 28, 2009 <br> J. Toney <br> Attorney for Tony Ketmany |
| Date:  1-28-09 | By: | /s/ Jill Thomas <br> Authorized to sign for Ms. Thomas, <br> on January 28, 2009 <br> Jill Thomas <br> Assistant U.S. Attorney |

**IT IS SO ORDERED:**

**Dated:  January 29, 2009**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIP AND ORDER TO EXTEND TIME - 2