DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Jay Sayarath

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KHANTHY VONGSEDONE, et al,<br><br>Defendant | Case No.: 2:06 CR 00455 WBS<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning March 30, 2009 and extending through April 27, 2009 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the March 30, 2009, calendar and be rescheduled to April 27, 2009 at 8:30 a.m..

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date: 3-25-09 By: /s/ Danny D. Brace, Jr.,
DANNY D. BRACE, JR.,
Attorney for
Jay Sayarath

Date: 3-25-09 By: /s/ Shari Rusk
Authorized to sign for Ms. Rusk
On March 25, 2009
Shari Rusk
Attorney for Sue Her

Date: 3-25-09 By: /s/ Chris Haydn-Myer
Authorized to sign for Mr. Haydn
Myer, March 25, 2009
Chris Haydn-Myer
Attorney for Khanthy Vongsedone

Date: 3-25-09 By: /s/ J. Toney
Authorized to sign for Mr. Toney,
on March 25, 2009
J. Toney
Attorney for Tony Ketmany

Date: 3-25-09 By: /s/ Jill Thomas
Authorized to sign for Ms. Thomas,
on March 25, 2009
Jill Thomas
Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated: March 25, 2009**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIP AND ORDER TO EXTEND TIME - 2