LAWRENCE G. BROWN
Acting United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-06-455 WBS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS THE |
| ) | INDICTMENT AS TO DEFENDANT TONY |
| v. ) | KETMANY AND ORDER |
| ) | |
| TONY KETMANY, ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

    The United States of America, through its attorneys of record, Assistant U.S. Attorney Jill Thomas, hereby moves for an order dismissing the indictment, specifically Counts One and Two, against defendant Tony KETMANY pursuant to Federal Rule of Criminal Procedure 48(a).

    <u>Background</u>

    On November 9, 2006, a Sacramento federal Grand Jury returned an indictment against defendant Tony KETMANY along with three others in a case related to a conspiracy to distribute and to possess with intent distribute MDMA and marijuana in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846 in Case No. CR-S-06-455 WBS.

In May and June 2009, the government obtained exculpatory information related to the case pending against Tony KETMANY. This resulted in the government's belief that insufficient evidence exists to sustain a conviction concerning defendant Tony KETMANY, who was not detained pretrial.

Based on the above recently obtained exculpatory information, the undersigned hereby moves to dismiss with prejudice Counts One and Two against Tony KETMANY in Case No. CR-S-06-455 WBS in the interests of justice pursuant to Rule 48(a).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED:   June 9, 2009          By:/s/ Jill Thomas
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

1. Counts One and Two of the Indictment in Case No. CR-S-06-455 WBS as to defendant Tony KETMANY is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) with prejudice.

DATED: June 8, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE